ACCEPTED
04-14-00533-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/19/2015 9:03:46 AM
KEITH HOTTLE
CLERK

## NO. 04-14-00533-CV

# Fourth Court of Appeals
# San Antonio, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/19/2015 9:03:46 AM
KEITH E. HOTTLE
Clerk

_____

**BARBARA ARTHUR, individually and as Independent Executrix
of the Estate of Kenneth W. Arthur, et al., Appellants,**

**V.**

**UVALDE COUNTY APPRAISAL DISTRICT et al., Appellees.**

_____

**UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE REPLY BRIEF OF APPELLANTS**

_____

On appeal from the 38th Judicial District Court, Uvalde County, Texas
Case No. 2012-04-28619-TX
Honorable Watt Murrah, Presiding

_____

Benjamin R. Bingham
State Bar No. 02322350
ben@binghamandlea.com
BINGHAM & LEA, P.C.
319 Maverick Street
San Antonio, Texas 78212
(210) 224-1819  Telephone
(210) 224-0141  Facsimile

COUNSEL FOR APPELLANTS,
BARBARA ARTHUR, individually and
as Independent Executrix of the Estate of
Kenneth W. Arthur, ENCINO LODGE
CORPORATION, and CONCAN
SOUTH PASTURE, INC.

Appellants, Barbara Arthur individually and as Independent Executrix of the Estate of Kenneth W. Arthur, Encino Lodge Corporation, and Concan South Pasture, Inc. (collectively below "Arthurs"), file this Unopposed Joint Motion for Extension of Time to File Appellants' Reply Brief. Appellants ask the Court to extend the time for filing their Reply Briefs in this appeal by fourteen (14) days from February 23, 2015, to and including March 9, 2015.

## FACTS

1. Appellants filed their Opening Brief on January 5, 2015.

2. Appellees filed their Brief on February 3, 2015.

3. Appellants' Reply Brief is currently due to be filed on or by February 23, 2015.

4. Due to several previously scheduled professional commitments in other projects on which counsel for Appellants are working, it will be difficult for counsel for Appellants to file Appellants' reply brief by February 23, 2015.

5. No previous extensions have been requested or granted by the Court to extend the time for filing Appellants' reply brief.

## REQUEST FOR RELIEF

6. Accordingly, Appellants request that the Court extend the time for filing Appellants' reply brief in this case to on or by March 9, 2015.

7.     **Certificate of Conference**—Counsel for Appellants certifies by his signature below that he has conferred with counsel for Appellees on this Motion, and that counsel for Appellees informed him that Appellees do not oppose this Motion or the requested extension.

Respectfully submitted,

BINGHAM & LEA, P.C.
319 Maverick Street
San Antonio, Texas 78212
(210) 224-1819 Telephone
(210) 224-0141 Facsimile
ben@binghamandlea.com


BY:  */s/ Benjamin R. Bingham*
BENJAMIN R. BINGHAM
State Bar No. 02322350

COUNSEL FOR APPELLANTS


## CERTIFICATE OF SERVICE

I hereby certify that, on the 19th day of February, 2015, a true and correct copy of the above and foregoing has been served by: ☒ **United States First-Class Mail**; ☐**Facsimile Transmission**; ☐**CM/RRR**; ☒**E-Mail**; and/or ☐**Hand Delivery** on the following:

Albert M. Walker, Jr.,
Hymeadow Woods, Ste. 3-202,
12325 Hymeadow Dr.,
Austin, Texas 78750
*Counsel for Appellees*

  */s/ Benjamin R. Bingham*
BENJAMIN R. BINGHAM